1116

No. 10–7411.  STOWE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–7412.  RIOS-PEREZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–7413.  SILVA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–7415.  MCDOUGALD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–7416.  BOOTH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–7422.  ORTEGA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–7423.  VENEGAS-MARTIN DEL CAMPO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–7425.  VISERTO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–7427.  WALLACE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–7428.  WAHID v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–7429.  QUINONES, AKA ROSADO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–7430.  ANGELES-TREJO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–7437.  POLK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–7440.  SHAKIR, AKA PERRY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–7449.  VALENZUELA-LOPEZ v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.